THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, | : | |
| Plaintiff | : | |
| v. | : | 4:11-CV-1360 |
| | : | (JUDGE MARIANI) |
| ULTRA RESOURCES, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS** 23 rd **DAY OF FEBRUARY**, 2015, upon consideration of

Defendant Ultra Resources, Inc.'s motion for summary judgment (Doc. 55) and all

accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion (Doc. 55) is **GRANTED**.

2. Judgment is **HEREBY** accordingly entered **IN FAVOR OF DEFENDANT** Ultra

   Resources, Inc. and **AGAINST PLAINTIFF** Citizens for Pennsylvania's Future.

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge